**STATE of Missouri, Respondent,**

v.

**Gregory LEWIS, Appellant.**

**No. WD 33916.**

Missouri Court of Appeals, Western District.

May 31, 1983.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and MANFORD and KENNEDY, JJ.

### ORDER

PER CURIAM:

This is a direct appeal from a jury conviction and imposition of a two-year sentence for burglary, second degree, in violation of § 569.170.1, RSMo 1978.

No jurisprudential purpose would be served by a written opinion. The judgment is affirmed. All concur.

Rule 30.25(b).